PER CURIAM.
We affirm appellant’s conviction upon authority of Norwood v. Mayo, 74 So.2d 370 (Fla.1954), Lawrence v. State, 330 So. 2d 160 (Fla. 1st DCA 1976), and Bronstein v. State, 355 So.2d 817 (Fla. 3d DCA 1978).
We reverse the trial court’s imposition of costs against appellant upon authority of Jenkins v. State, 444 So.2d 947 (Fla.1984) and direct that such assessment be stricken.
AFFIRMED IN PART; REVERSED IN PART.
LETTS and WALDEN, JJ., concur.
ANSTEAD, J., dissents without opinion.